IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| HARRIET PRIESTER | ) CIVIL ACTION NO. |
| | )   2:11-cv-02885-DCN |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| | ) |
| GC SERVICES LIMITED | ) |
| PARTNERSHIP, | ) |
| DLS ENTERPRISES, INC, and | ) |
| GC FINANCIAL CORP., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

NOTICE IS HEREBY GIVEN that all claims pending have been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 4th day of January, 2012.

                                        Respectfully submitted,

                                      /s/ Holly E. Dowd
                                      Holly E. Dowd (S.C. Bar No. 77897)
                                      Weisberg & Meyers, LLC
                                      ATTORNEYS FOR PLAINTIFF

1

409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com

Notice Filed electronically on this 4th day of January, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch