**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| HARRIET PRIESTER | ) **CIVIL ACTION NO.** |
| | ) 2:11-cv-02885-DCN |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, DLS ENTERPRISES, INC, andGC FINANCIAL CORP., | ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court of South Carolina, Plaintiff's Voluntary Dismissal of This Case With Prejudice.

DATED this 27th day of January, 2012.

                Respectfully submitted,

                /s/ Holly E. Dowd
                Holly E. Dowd (S.C. Bar No. 77897)
                Weisberg & Meyers, LLC
                409A Wakefield Dr.
                Charlotte, NC 28209
                (888) 595-9111 ext. 260
                (866) 565-1327 (fax)
                hdowd@attorneysforconsumers.com
                ATTORNEYS FOR PLAINTIFF

Notice Filed electronically on this 27th day of January, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch